# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

MCKESSON CORPORATION,
a Delaware corporation,

       Plaintiff,

vs.                                                  CASE NO. _____

BENZER PHARMACY HOLDING LLC,
a Florida limited liability company;
RX CARE 14 LLC, a North Carolina
limited liability company; FENTON PHARMACY
LLC, a Michigan limited liability company;
WELLCARE PHARMACY SERVICES, INC.,
a/k/a Well Care Pharma Services, Inc.,
a Florida corporation; BENZER FL 11 LLC,
a Florida limited liability company; BENZER
FL 9 LLC, a Florida limited liability company;
BENZER FL 12 LLC, a Florida limited
liability company; BENZER LA 1 LLC,
a Louisiana limited liability company;
BENZER FL 13 LLC, a Florida limited
liability company; BATTLECREEK
PHARMACY INC., a Michigan corporation;
PRONTO-MED INC, a Florida corporation;
BENZER FL 14 LLC, a Florida limited
liability company; RX CARE OF LADY LAKE, INC., a
Florida corporation; BENZER FL 39, INC. f/k/a
BROOKSVILLE DRUGS INC., a Florida
corporation; RX CARE PHARMACY INC.,
a North Carolina corporation; RX ONE PHARMACY,
LLC f/k/a RX PLUS PHARMACY LLC, a
Florida limited liability company; RX CARE 8 LLC,
a Louisiana limited liability company;
RX CARE 7 LLC, a Florida limited liability
company; BLUE PHARMACY LLC f/k/a
HORROCKS PHARMACY LLC, a Michigan
limited liability company; BENZER PHARMACY
FL 2 LLC, a Florida limited liability company;
RX CARE 12  LLC, a Florida limited liability
company; BLUE WATER PHARMACY LLC,
a Michigan limited liability company; BENZER

FL 7 LLC, a Florida limited liability
company; BENZER FL 4 LLC, a Florida
limited liability company; BENZER
FL 10 LLC, a Florida limited liability
company; BENZER FL 15 LLC, a Florida
limited liability company; BENZER
FL 8 LLC, a Florida limited liability
company; BYRON DRUGS LLC, a
Michigan limited liability company;
BIO SCRIPT PHARMACY LLC, a
Michigan limited liability company;
EDWARDS PHARMACY OF INDIAN
ROCKS LLC, a Florida limited liability
company; BENZER FL 17 LLC, a Florida
limited liability company; BENZER TX 3
LLC, a Texas limited liability company;
BENZER IA 1 LLC, an Iowa limited
liability company; BENZER AR 1
LLC, an Arkansas limited liability company;
BENZER CA 1  LLC, a California limited
liability company; BENZER FL 40, INC.
f/k/a LEMON BAY DRUGS NORTH, INC.,
a Florida corporation; BENZER TN 1
LLC, a Tennessee limited liability company;
RX CARE 13 LLC, a North Carolina limited
liability company; RX CARE OF NC LLC, a North
Carolina limited liability company;
RX CARE OF LA, INC., a Louisiana
corporation; RX CARE FOUR LLC,
a Florida limited liability company;
BETTER CARE PHARMACY, LLC, a
Virginia limited liability company;
RX CARE 11 LLC a/k/a Rx Care Pharmacy
11, a Florida limited liability company;
BENZER IN 1 LLC, an Indiana limited liability
company; SUPREME PHARMACY & MEDICAL
SUPPLIES, LLC, a Maryland limited liability
company; BENZER MS 1 LLC, a Mississippi
limited liability company; BENZER OH 1 LLC,
an Ohio limited liability company; BENZER
OH 2 LLC, an Ohio limited liability company;
BENZER OH 3 LLC, an Ohio limited liability
company; BENZER OH 4 LLC, an Ohio limited
liability company; BENZER OH 5 LLC, an Ohio
limited liability company; BENZER OH 6 LLC,
an Ohio limited liability company; BENZER OH 7 LLC,

an Ohio limited liability company; BENZER
OH 8 LLC, an Ohio limited liability company;
BENZER KY 1 LLC, a Kentucky limited liability
Company; BENZER SC 1 LLC, a South Carolina
limited liability company; BENZER OH 12 LLC,
an Ohio limited liability company; BENZER OH 10
LLC, an Ohio limited liability company; BENZER
OH 9 LLC, an Ohio limited liability company;
BENZER MO 2 LLC, a Missouri limited liability
company;  ALPESH PATEL, individually;
MANISH PATEL, individually; HEMA PATEL,
individually, and PADMAJA PATEL,
individually,

                    Defendants.

_____/

## **COMPLAINT**

      Plaintiff, McKesson Corporation, a Delaware corporation ("McKesson" or "Plaintiff"), by

its undersigned attorneys, brings this complaint against Defendants, BENZER PHARMACY

HOLDING LLC, a Florida limited liability company; RX CARE 14 LLC, a North Carolina limited

liability company; FENTON PHARMACY LLC, a Michigan limited liability company;

WELLCARE PHARMACY SERVICES, INC., a/k/a Well Care Pharma Services, Inc., a Florida

corporation; BENZER FL 11 LLC, a Florida limited liability company; BENZER FL 9 LLC, a

Florida limited liability company; BENZER FL 12 LLC, a Florida limited liability company;

BENZER LA 1 LLC, a Louisiana limited liability company; BENZER FL 13 LLC, a Florida

limited liability company; BATTLECREEK PHARMACY INC., a Michigan corporation;

PRONTO MED INC, a Florida corporation; BENZER FL 14 LLC, a Florida limited liability

company; RX CARE OF LADY LAKE, INC., a Florida corporation; BENZER FL 39, INC. f/k/a

BROOKSVILLE DRUGS INC., a Florida corporation; RX CARE PHARMACY INC., a North

Carolina corporation; RX ONE PHARMACY LLC f/k/a RX PLUS PHARMACY LLC, a Florida

limited liability company; RX CARE 8, LLC, a Louisiana limited liability company; RX CARE 7

LLC, a Florida limited liability company; BLUE PHARMACY LLC f/k/a HORROCKS PHARMACY, LLC, a Michigan limited liability company; BENZER PHARMACY FL 2 LLC, a Florida limited liability company; RX CARE 12 LLC, a Florida limited liability company; BLUE WATER PHARMACY LLC, a Michigan limited liability company; BENZER FL 7 LLC, a Florida limited liability company; BENZER FL 4, LLC, a Florida limited liability company; BENZER FL 10 LLC, a Florida limited liability company; BENZER FL 15 LLC, a Florida limited liability company; BENZER FL 8 LLC, a Florida limited liability company; BYRON DRUGS LLC, a Michigan limited liability company; BIO SCRIPT PHARMACY LLC, a Michigan limited liability company; EDWARDS PHARMACY OF INDIAN ROCKS LLC, a Florida limited liability company; BENZER FL 17 LLC, a Florida limited liability company; BENZER TX 3 LLC, a Texas limited liability company; BENZER IA 1, LLC, an Iowa limited liability company; BENZER AR 1 LLC, an Arkansas limited liability company; BENZER CA 1 LLC, a California limited liability company; BENZER FL 40, INC. f/k/a LEMON BAY DRUGS NORTH, INC., a Florida corporation; BENZER TN 1 LLC, a Tennessee limited liability company, RX CARE 13 LLC, a North Carolina limited liability company; RX CARE OF NC LLC, a North Carolina limited liability company; RX CARE OF LA INC., a Louisiana corporation;  RX CARE FOUR LLC, a Florida limited liability company; BETTER CARE PHARMACY, LLC, a Virginia limited liability company; RX CARE 11 LLC a/k/a Rx Care Pharmacy 11, a Florida limited liability company, BENZER IN 1 LLC, an Indiana limited liability company, SUPREME PHARMACY & MEDICAL SUPPLIES, LLC, a Maryland limited liability company; BENZER MS 1 LLC, a Mississippi limited liability company; BENZER OH 1 LLC, an Ohio limited liability company; BENZER OH 2 LLC, an Ohio limited liability company; BENZER OH 3 LLC, an Ohio limited liability company; BENZER OH 4 LLC, an Ohio limited liability company; BENZER OH 5 LLC,

an Ohio limited liability company; BENZER OH 6 LLC, an Ohio limited liability company; BENZER OH 7 LLC, an Ohio limited liability company; BENZER OH 8 LLC, an Ohio limited liability company; BENZER KY 1 LLC, a Kentucky limited liability company; BENZER SC 1 LLC, a South Carolina limited liability company; BENZER OH 12 LLC, an Ohio limited liability company; BENZER OH 10 LLC, an Ohio limited liability company; BENZER OH 9 LLC, an Ohio limited liability company; BENZER MO 2 LLC, a Missouri limited liability company; ALPESH PATEL, individually, MANISH PATEL, individually, HEMA PATEL, individually, and PADMAJA PATEL, individually, and says:

## JURISDICTION AND VENUE

1.      This is an action in diversity for damages that exceed $75,000, exclusive of interests, costs and attorneys' fees.

2.      This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest, attorneys' fees and costs and the dispute is between citizens of different states.

3.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) and (b)(3) in the U.S. District Court for the Middle District of Florida, Tampa Division, because a substantial part of the events or omissions giving rise to the claims in this action occurred in the Middle District and that there is no district in which an action may otherwise be brought and multiple defendants are subject to personal jurisdiction before this Court.

## PARTIES

4.      McKesson Corporation is a Delaware corporation with its principal place of business in the State of Texas.

5.      Defendant BENZER PHARMACY HOLDING LLC is a Florida limited liability company.  On information and belief, the members of BENZER PHARMACY HOLDING LLC are a combination of the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individual members of BENZER PHARMACY HOLDING LLC is a citizen of the State of Florida or the State of Michigan for the diversity purposes.

6.      Defendant RX CARE 14 LLC is a North Carolina limited liability company. On information and belief, the members of RX CARE 14 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

7.      Defendant FENTON PHARMACY LLC is a Michigan limited liability company. On information and belief, the members of FENTON PHARMACY LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

8.      Defendant WELLCARE PHARMACY SERVICES, INC., a/k/a Well Care Pharma Services, Inc. is a Florida corporation with its principal place of business in the State of Florida.

9.      Defendant BENZER FL 11 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 11 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

10.      Defendant BENZER FL 9 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 9 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

11.      Defendant BENZER FL 12 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 12 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

12.      Defendant BENZER LA 1 LLC is a Louisiana limited liability company.   On information and belief, the members of BENZER LA 1 LLC are a combination of BENZER

PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

13.    Defendant BENZER FL 13 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 13 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

14.    Defendant BATTLECREEK PHARMACY INC. is a Michigan corporation with its principal place of business in the State of Florida.

15.    Defendant PRONTO-MED INC is a Florida corporation with its principal place of business in the State of Florida.

16.    Defendant BENZER FL 14 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 14 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

17.     Defendant RX CARE OF LADY LAKE, INC. is a Florida corporation with its principal place of business in the State of Florida.

18.     Defendant BENZER FL 39, Inc. f/k/a Brooksville Drugs, Inc. is a Florida corporation with its principal place of business in the State of Florida.

19.     Defendant RX CARE PHARMACY INC. is a North Carolina corporation with its principal place of business in the State of North Carolina.

20.     Defendant RX ONE PHARMACY, LLC f/k/a RX PLUS PHARMACY LLC is a Florida limited liability company.  On information and belief, the members of RX ONE PHARMACY, LLC f/k/a RX PLUS PHARMACY LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

21.     Defendant RX CARE 8 LLC is a Louisiana limited liability company.  On information and belief, the members of RX CARE 8 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

22.     Defendant RX CARE 7 LLC is a Florida limited liability company. On information and belief, the members of RX CARE 7 LLC are a combination of BENZER PHARMACY

HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

23.    Defendant BLUE PHARMACY LLC f/k/a HORROCKS PHARMACY, LLC is a Michigan limited liability company.   On information and belief, the members of BLUE PHARMACY, LLC f/k/a HORROCKS PHARMACY, LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

24.    Defendant BENZER PHARMACY FL 2 LLC is a Florida limited liability company.  On information and belief, the members of BENZER PHARMACY FL 2 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

25.    Defendant RX CARE 12 LLC is a Florida limited liability company.   On information and belief, the members of RX CARE 12  LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth

V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

26.     Defendant BLUE WATER PHARMACY LLC is a Michigan limited liability company.  On information and belief, the members of BLUE WATER PHARMACY LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

27.     Defendant BENZER FL 7 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 7 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

28.     Defendant BENZER FL 4 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 4 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY

HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

29.     Defendant BENZER FL 10 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 10 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

30.     Defendant BENZER FL 15 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 15 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

31.     Defendant BENZER FL 8 LLC is a Florida limited liability company.   On information and belief, the members of BENZER FL 8 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

32.     Defendant BYRON DRUGS LLC is a Michigan limited liability company.  On information and belief, the members of BYRON DRUGS LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

33.     Defendant BIO SCRIPT PHARMACY LLC is a Michigan limited liability company.  On information and belief, the members of BIO SCRIPT PHARMACY LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

34.     Defendant EDWARDS PHARMACY OF INDIAN ROCKS LLC is a Florida limited liability company.  On information and belief, the members of EDWARDS PHARMACY OF INDIAN ROCKS LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

35.     Defendant BENZER FL 17 LLC is a Florida limited liability company.  On information and belief, the members of BENZER FL 17 LLC are a combination of BENZER

PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

36.     Defendant BENZER TX 3 LLC is a Texas limited liability company.   On information and belief, the members of BENZER TX 3 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

37.     Defendant BENZER IA 1 LLC is an Iowa limited liability company.   On information and belief, the members of BENZER IA 1 LLC are citizens of the State of Florida and the State of Michigan for the purposes of diversity.

38.     Defendant BENZER AR 1 LLC is an Arkansas limited liability company.   On information and belief, the members of BENZER AR 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

39.     Defendant BENZER CA 1 LLC is a California limited liability company.  On information and belief, the members of BENZER CA 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

40.     Defendant BENZER FL 40, INC. f/k/a LEMON BAY DRUGS NORTH, INC. is a Florida corporation with its principal place of business in the State of Florida.

41.     Defendant BENZER TN 1 LLC is a Tennessee limited liability company.  On information and belief, the members of BENZER TN 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

42.     Defendant RX CARE 13 LLC is a North Carolina limited liability company.  On information and belief, the members of RX CARE 13 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

43.     Defendant RX CARE OF NC LLC is a North Carolina limited liability company. On information and belief, the members of RX CARE OF NC LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

44.     Defendant RX CARE OF LA, INC. is a Louisiana corporation with its principal place of business in the State of Louisiana.

45.     Defendant RX CARE FOUR LLC is a Florida limited liability company. On information and belief, the members of RX CARE FOUR LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

46.     Defendant BETTER CARE PHARMACY, LLC is a Virginia limited liability company.  On information and belief, the members of BETTER CARE PHARMACY, LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

47.     Defendant RX CARE 11 LLC a/k/a Rx Care Pharmacy 11, is a Florida limited liability company.  On information and belief, the members of RX CARE 11 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

48.     Defendant BENZER IN 1 LLC is an Indiana limited liability company.  On information and belief, the members of BENZER IN 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

49.     Defendant SUPREME PHARMACY & MEDICAL SUPPLIES, LLC is a Maryland limited liability company.  On information and belief, the members of SUPREME PHARMACY & MEDICAL SUPPLIES, LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

50.     Defendant BENZER MS 1 LLC is a Mississippi limited liability company.  On information and belief, the members of BENZER MS 1 LLC are a combination of BENZER

PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

51.     Defendant BENZER OH 1 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

52.     Defendant BENZER OH 2 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 2 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

53.     Defendant BENZER OH 3 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 3 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth

V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

54.     Defendant BENZER OH 4 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 4 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

55.     Defendant BENZER OH 5 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 5 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

56.     Defendant BENZER OH 6 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 6 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY

HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

57.     Defendant BENZER OH 7 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 7 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

58.     Defendant BENZER OH 8 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 8 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

59.     Defendant BENZER KY 1 LLC is a Kentucky limited liability company.   On information and belief, the members of BENZER KY 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

60.     Defendant BENZER SC 1 LLC is a South Carolina limited liability company.  On information and belief, the members of BENZER SC 1 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

61.     Defendant BENZER OH 12 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 12 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

62.     Defendant BENZER OH 10 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 10 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel;  vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

63.     Defendant BENZER OH 9 LLC is an Ohio limited liability company.   On information and belief, the members of BENZER OH 9 LLC are a combination of BENZER

PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

64.     Defendant BENZER MO 2 LLC is a Missouri limited liability company.   On information and belief, the members of BENZER MO 2 LLC are a combination of BENZER PHARMACY HOLDING LLC and the following individuals: i) Alpesh Patel; ii) Manish Patel; iii) Hema Patel; iv) Padamaja Patel; v) Hardikkumar C. Patel; vi) Chetna D. Patel; or vii) Siddharth V. Patel and each of the foregoing individuals and the members of BENZER PHARMACY HOLDING LLC are citizens of the State of Florida or the State of Michigan for the diversity purposes.

65.     Defendant ALPESH PATEL is a natural person domiciled in Florida and is, and was at all times material hereto, sui juris.

66.     Defendant MANISH PATEL is a natural person domiciled in Michigan and is, and was at all times material hereto, sui juris.

67.     Defendant HEMA PATEL is a natural person domiciled in Michigan and is, and was at all times material hereto, sui juris.

68.     Defendant PADMAJA PATEL is a natural person domiciled in Florida and is, and was at all times material hereto, sui juris.

## BACKGROUND FACTS

69.     Benzer Pharmacy Holding LLC, is located Tampa, Florida, and, together with its subsidiaries and affiliates, operates an independent pharmacy chain.

70.     Through this network, Benzer Pharmacy Holding LLC and its affiliates and subsidiaries sell prescription and over-the-counter drugs in both physical pharmacies and through online refill services.

71.      Benzer Pharmacy Holding LLC arranges for the acquisition of prescription drugs from various distributors for the pharmacy network.

72.     As part of negotiating the acquisition of prescription drugs, Benzer Pharmacy Holding LLC negotiates global pricing for its subsidiaries and affiliates in the pharmacy network and enters into supply agreements with prescription distributors.

73.     As part of the negotiating supply agreements with prescription drug distributors, Benzer Pharmacy Holding LLC establishes customer relationships for the pharmacy network participants.

74.     In addition, as part of facilitating the supply of prescription drugs for the pharmacy network participants, Benzer Pharmacy Holding LLC provides assurances of payment to the prescription drug distributors, guarantying the payment of its affiliates and subsidiaries obligations to the prescription drugs for the pharmacy network participants.

## Supply Agreement

75.     On or about June 29, 2017, Rx Care 14 LLC, Fenton Pharmacy LLC, Wellcare Pharmacy Services, Inc., Benzer FL 11 LLC; Benzer FL 9 LLC; Benzer FL 12 LLC; Benzer LA 1 LLC; Benzer FL 13 LLC; Battlecreek Pharmacy Inc., Pronto-Med Inc., Benzer FL 14 LLC, Rx Care of Lady Lake, Inc., Benzer FL 39, Inc. f/k/a Brooksville Drugs, Inc., Rx Care Pharmacy Inc., Rx One Pharmacy LLC f/k/a Rx Plus Pharmacy LLC, Rx Care 8 LLC, Rx Care 7 LLC, Blue Pharmacy LLC f/k/a Horricks Pharmacy, LLC, Benzer Pharmacy FL 2 LLC, Rx Care 12 LLC, Blue Water Pharmacy LLC, Benzer FL 7 LLC, Benzer FL 4 LLC, Benzer FL 10 LLC, Benzer FL

15 LLC, Benzer FL 8 LLC, Byron Drugs LLC, Bio Script Pharmacy LLC, Edwards Pharmacy of Indian Rocks LLC, Benzer FL 17 LLC, Benzer TX 3 LLC, Benzer IA 1 LLC, Benzer AR 1 LLC, Benzer CA 1 LLC, Benzer FL 40, INC., f/k/a Lemon Bay Drugs North, Inc., Benzer TN 1 LLC, Rx Care 13 LLC, Rx Care of NC LLC, Rx Care of La, Inc., Rx Care Four LLC, Better Care Pharmacy, LLC and Rx Care 11 LLC a/k/a Rx Care Pharmacy 11 (the "Initial Supply Agreement Defendants") and other entities executed the Supply Agreement ("Initial Supply Agreement") with McKesson.  The Initial Supply Agreement is a confidential document that McKesson bleives is in the possession of all parties to this lawsuit.  If required to be filed in this action, McKesson will seek to file the Initial Supply Agreement under seal.

76.     Benzer Pharmacy Holding LLC joined the Initial Supply Agreement Defendants and McKesson in executing the Initial Supply Agreement for the purpose of binding Benzer Pharmacy Holding LLC to certain rebate provisions in the Initial Supply Agreement.

77.     On or about December 12, 2017, the parties executed a First Amendment to Supply Agreement modifying certain terms of the Initial Supply Agreement.  The First Amendment to Supply Agreement is a confidential document that McKesson believes is in the possession of all parties to this lawsuit.  If required to be filed in this action, McKesson will seek to file the First Amendment to Supply Agreement under seal.

78.     Subsequent to the execution of the Initial Supply Agreement and First Amendment to Supply Agreement, Benzer IN 1 LLC, Supreme Pharmacy & Medical Supplies, LLC, Benzer MS 1 LLC, Benzer OH 1 LLC, Benzer OH 2 LLC, Benzer OH 3 LLC, Benzer OH 4 LLC, Benzer OH 5 LLC, Benzer OH 6 LLC, Benzer OH 7 LLC, Benzer OH 8 LLC, Benzer KY 1 LLC, Benzer SC 1 LLC, Benzer OH 12 LLC, Benzer OH 10 LLC, Benzer OH 9 LLC and Benzer MO 2 LLC (collectively, the "Joinder Defendants") executed and delivered to McKesson certain joinders to

the Supply Agreement through which each of the Joinder Defendants agreed to be become parties to the Supply Agreement. The Initial Supply Agreement Defendants and the Joinder Defendants shall be collectively referenced hereafter as the Supply Agreement Defendants. Collectively, the Initial Supply Agreement, the First Amendment to Supply Agreement and Joinders shall be collectively referenced herein as the "Supply Agreement".

79.     Pursuant to the Supply Agreement, each of the Supply Agreement Defendants are entitled to purchase goods from McKesson upon certain terms and are obligated to timely pay for the goods in accordance with the terms of the Supply Agreement.

80.     Additionally, pursuant to paragraph 21 of the Supply Agreement, the Supply Agreement Defendants are jointly and severally liable for the purchases of one another.

81.     As of July 1, 2020, the Supply Agreement Defendants purchased goods from McKesson pursuant to the Supply Agreement for which they jointly and severally owe McKesson the aggregate sum of Six Million Three Hundred Ninety-Three Thousand Four Hundred Ninety-Nine Dollars and Twenty-Three Cents ($6,393,499.23), plus contractual late charges at an annual rate of eighteen percent (18%) per annum which continue to accrue. As of July 1, 2020, the Supply Agreement Defendants owe late charges totaling Six Hundred and Thirty-Four Thousand Seven Hundred and Thirty Dollars and Twenty-One Cents ($634,730.21).

82.     Upon the shipment of goods, McKesson rendered to each of the Supply Agreement Defendants accounts statement setting forth the total sum owed to McKesson, which amounts continue to accrue charges by virtue of their past due status. The account statement documents are voluminous and contain confidential information. McKesson believes the account statements and other evidence of the purchase of pharmaceutical products by the Supply Agreement

Defendants are either in the possession of all parties to this lawsuit or available to those parties.  If required to be filed in this action, McKesson will seek to file the account statements under seal.

83.     McKesson has retained the services of certain attorneys with respect to this matter including the undersigned counsel, and is obligated to pay its attorneys a reasonable fee and their costs for their services rendered in connection with this action.

## Count I
### (Breach of Supply Agreement – Supply Agreement Defendants)

84.     This is an action for breach of agreement, the damages for which exceed $75,000, exclusive of interest, costs and attorneys' fees.

85.      The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

86.     The Supply Agreement Defendants breached the Supply Agreement by failing to pay amounts when due which constituted a default under the terms of the Supply Agreement.

87.     As a result of the Supply Agreement Defendants' default, as of July 1, 2020, the Supply Agreement Defendants owe McKesson, jointly and severally, $7,028,229.44, together with interest, late charges and attorneys' fees and other costs and expenses that continue to accrue.

88.     On or about December 3, 2019, McKesson made demand for payment of the amounts due to McKesson.  A true and correct copy of the demand letter from McKesson's counsel is annexed hereto as **Exhibit A**.

89.     Although demand has been made upon the Supply Agreement Defendants for payment thereof, the Supply Agreement Defendants failed and refused to pay the same.

90.     Because of the Supply Agreement Defendants' default on its obligation arising from the Supply Agreement, it has become necessary for McKesson to collect the balance due

arising from the Supply Agreement Defendants through its undersigned attorneys, and McKesson has agreed to pay them a reasonable fee for their services herein.

91.    Pursuant to the terms of the Supply Agreement, McKesson is entitled to be reimbursed by the Supply Agreement Defendants for such fees for their services.

92.    All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, McKesson Corporation demands judgment against the Supply Agreement Defendants, jointly and severally, in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

## Count II
### (Breach of Benzer Blanket Guaranty – Benzer Pharmacy Holding LLC)

93.    This is an action for breach of a guaranty, the damages for which exceed $75,000.00, exclusive of interest, costs and attorneys' fees.

94.    The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

95.    In conjunction with the negotiation of Supply Agreement with McKesson, on or about July 3, 2019, Benzer Pharmacy Holding LLC executed and delivered to McKesson a Guaranty through which Benzer Pharmacy Holding LLC guaranteed the unconditional repayment of the obligations to McKesson for numerous affiliated entities (the "Benzer Blanket Guaranty"). A true and correct copy of the Benzer Blanket Guaranty is attached hereto as **Exhibit B**.

96.    Pursuant to the terms of the Benzer Blanket Guaranty, Benzer Pharmacy Holding LLC unconditionally guaranteed timely payment and performance of obligations of the affiliates listed on the Benzer Blanket Guaranty to McKesson.

97.     The numerous affiliated entities for whom Benzer Pharmacy Holding LLC guaranteed payment of obligations include virtually all of the Supply Agreement Defendants.

98.     Pursuant to paragraph 21 of the Supply Agreement, each of the Supply Agreement Defendants are jointly and severally liable for the purchases of one another.

99.     Benzer Pharmacy Holding LLC has not revoked the Benzer Blanket Guaranty.

100.    By virtue of its execution of the Benzer Blanket Guaranty, Benzer Pharmacy Holding LLC became liable for the obligations of the affiliates listed in the Benzer Blanket Guaranty.

101.    The Supply Agreement Defendants breached the Supply Agreement by failing to pay amounts when due which constituted a default under the terms of the Supply Agreement.

102.    As a result of the Supply Agreement Defendants' default, as of July 1, 2020, the Supply Agreement Defendants owe McKesson, jointly and severally, $7,028,229.44, together with interest, finance charges, attorneys' fees and other costs and expenses that continue to accrue.

103.    Pursuant to the terms of the Benzer Blanket Guaranty, Benzer Pharmacy Holding LLC unconditionally guaranteed timely payment and performance of the Supply Agreement Defendants' obligations to McKesson.

104.    Due to the default of the Supply Agreement Defendants, McKesson demanded payment from Benzer Pharmacy Holding LLC of such amounts by letter dated December 3, 2019. By copy of this letter, McKesson made demand upon Benzer Pharmacy Holding LLC arising from its guaranty of the obligation of the Supply Agreement Defendants.  A true and correct copy of the letter is annexed hereto as **Exhibit A**.

105.     Although demand has been made, Benzer Pharmacy Holding LLC has failed and refused to pay the amounts due to McKesson pursuant to the Benzer Blanket Guaranty, as a guarantor of the Supply Agreement Defendants' obligation.

106.     Because of Defendant Benzer Pharmacy Holding LLC's default on its obligations arising from the Benzer Blanket Guaranty, it has become necessary for McKesson to collect the balance due arising from Benzer Blanket Guaranty through its undersigned attorneys, and McKesson has agreed to pay its attorneys a reasonable fee for their services herein.

107.     Pursuant to the terms of the Benzer Blanket Guaranty and the Supply Agreement, McKesson is entitled to be reimbursed by Defendant Benzer Pharmacy Holding LLC for such fees for their services.

108.     All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendant Benzer Pharmacy Holding LLC in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

## Count III
### (Breach of Guaranty –Alpesh Patel)

109.     This is an action for breach of a guaranty, the damages for which exceed $75,000.00, exclusive of interest, costs and attorneys' fees.

110.     The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

111.     On or about February 14, 2014, Alpesh Patel executed an Individual Guaranty that constituted an unconditional, continuing guaranty of Defendant Rx Care 14 LLC's obligation to

McKesson (the "Alpesh Patel Rx Care 14 LLC Guaranty").  A true and correct copy of the Alpesh

Patel Rx Care 14 LLC is annexed hereto as **Exhibit C**.

112.    Pursuant to the terms of the Alpesh Patel Rx Care 14 LLC Guaranty, Alpesh Patel

unconditionally guaranteed timely payment and performance of Defendant Rx Care 14 LLC's

obligations to McKesson.

113.    Alpesh Patel has not revoked the Alpesh Patel Rx Care 14 LLC Guaranty.

114.    Pursuant to paragraph 21 of the Supply Agreement, each of the Supply Agreement

Defendants, which include Defendant Rx Care 14 LLC, are jointly and severally liable for the

purchases of one another.

115.    The Supply Agreement Defendants breached the Supply Agreement by failing to

pay amounts when due which constituted a default under the terms of the Supply Agreement.

116.    As a result of the Supply Agreement Defendants' default, and in particular, Rx Care

14 LLC's default, as of July 1, 2020, the Supply Agreement Defendants, which include Rx Care

14 LLC owe McKesson, jointly and severally, $7,028,229.44, together with interest, late charges

and attorneys' fees and other costs and expenses that continue to accrue.

117.    Due to the default by the Supply Agreement Defendants, which include Rx Care 14

LLC, McKesson demanded payment of such amounts by letter dated December 3, 2019.   A true

and correct copy of the letter is annexed hereto as **Exhibit A**.

118.    Although demand has been made, Alpesh Patel has failed and refused to pay the

amounts due to McKesson pursuant to the Alpesh Patel Rx Care 14 LLC Guaranty, as a guarantor

of Defendant Rx Care 14 LLC's obligation.

119.    Because of Defendant Rx Care 14 LLC's default on their obligations arising from

the Supply Agreement, it has become necessary for McKesson to collect the balance due arising

from Alpesh Patel through its attorneys, and McKesson has agreed to pay its attorneys a reasonable fee and costs for their services herein.

120.    Pursuant to the terms of the Alpesh Patel Rx Care 14 LLC Guaranty and the Supply Agreement, McKesson is entitled to be reimbursed by Defendant Alpesh Patel for such fees for their services.

121.    All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendant Alpesh Patel in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

<u>**Count IV**</u>
**(Breach of Guaranty -- Padmaja Patel)**

122.    This is an action for breach of a guaranty, the damages for which exceed $75,000.00, exclusive of interest, costs and attorneys' fees.

123.    The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

124.    On or about February 14, 2014, Padmaja Patel executed an Individual Guaranty that constituted an unconditional, continuing guaranty of Defendant Rx Care 14 LLC's obligation to McKesson (the "Padmaja Patel Rx Care 14 LLC Guaranty").  A true and correct copy of the Padmaja Patel Rx Care 14 LLC is annexed hereto as **Exhibit D**.

125.    Pursuant to the terms of the Padmaja Patel Rx Care 14 LLC Guaranty, Padmaja Patel unconditionally guaranteed timely payment and performance of Defendant Rx Care 14 LLC's obligations to McKesson.

126.    Padmaja Patel has not revoked the Padmaja Patel Rx Care 14 LLC Guaranty.

127.     Pursuant to paragraph 21 of the Supply Agreement, each of the Supply Agreement Defendants, which include Defendant Rx Care 14 LLC, are jointly and severally liable for the purchases of one another.

128.     The Supply Agreement Defendants breached the Supply Agreement by failing to pay amounts when due which constituted a default under the terms of the Supply Agreement.

129.     As a result of the Supply Agreement Defendants' default, and in particular, Rx Care 14 LLC's default, as of July 1, 2020, the Supply Agreement Defendants, which include Rx Care 14 LLC owe McKesson, jointly and severally, $7,028,229.44, together with interest, late charges, attorneys' fees and other costs and expenses that continue to accrue.

130.     Due to the default by the Supply Agreement Defendants, which include Rx Care 14 LLC, McKesson demanded payment from Padmaja Patel of such amounts by letter dated February 11, 2020.   A true and correct copy of the letter is annexed hereto as **Exhibit E**.

131.     Although demand has been made, Padmaja Patel has failed and refused to pay the amounts due to McKesson pursuant to the Padmaja Patel Rx Care 14 LLC Guaranty, as a guarantor of Defendant Rx Care 14 LLC's obligation.

132.     Because of Defendant Rx Care 14 LLC's default on its obligations arising from the Supply Agreement, it has become necessary for McKesson to collect the balance due arising from Padmaja Patel through its attorneys, and McKesson has agreed to pay them reasonable fees and costs for their services herein.

133.     Pursuant to the terms of the Padmaja Patel Rx Care 14 LLC Guaranty and the Supply Agreement, McKesson is entitled to be reimbursed by Defendant Padmaja Patel for such fees for their services.

134.    All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendant Padmaja Patel in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

**Count V**
**(Breach of Guaranty -- Manish Patel)**

135.    This is an action for breach of a guaranty, the damages for which exceed $75,000.00, exclusive of interest, costs and attorneys' fees.

136.    The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

137.    On or about December 8, 2015, Manish Patel executed an Individual Guaranty that constituted an unconditional, continuing guaranty of Defendant Benzer FL 7 LLC's obligation to McKesson (the "Manish Patel Benzer FL 7 LLC Guaranty").  A true and correct copy of the Manish Patel Benzer FL 7 LLC is annexed hereto as **Exhibit F**.

138.    Pursuant to the terms of the Manish Patel Benzer FL 7 LLC Guaranty, Manish Patel unconditionally guaranteed timely payment and performance of Defendant Benzer FL 7 LLC's obligations to McKesson.

139.    Manish Patel has not revoked the Manish Patel Benzer FL 7 LLC Guaranty.

140.    Pursuant to paragraph 21 of the Supply Agreement, each of the Supply Agreement Defendants, which include Defendant Benzer FL 7 LLC, are jointly and severally liable for the purchases of one another.

141.    The Supply Agreement Defendants breached the Supply Agreement by failing to pay amounts when due which constituted a default under the terms of the Supply Agreement.

120792184.8                                           33

142.    As a result of the Supply Agreement Defendants' default, and in particular, Benzer FL 7 LLC's default, as of July 1, 2020, the Supply Agreement Defendants, which include Benzer FL 7 LLC owe McKesson, jointly and severally, $7,028,229.44, together with interest, late charges, attorneys' fees and other costs and expenses that continue to accrue.

143.    Due to the default by the Supply Agreement Defendants, which include Benzer FL 7 LLC, McKesson demanded payment from Benzer Pharmacy Holding, LLC and its Corporate Affiliates, Manish Patel, and Manish Patel of such amounts by letter dated December 3, 2019.   A true and correct copy of the demand letter is annexed hereto as **Exhibit A**.

144.    Although demand has been made, Manish Patel has failed and refused to pay the amounts due to McKesson pursuant to the Manish Patel Benzer FL 7 LLC Guaranty, as a guarantor of Defendant Benzer FL 7 LLC's obligation.

145.    Because of Defendant Benzer FL 7 LLC's default on its obligations arising from the Supply Agreement, it has become necessary for McKesson to collect the balance due arising from Manish Patel through its attorneys, and McKesson has agreed to pay them reasonable fees and costs for their services herein.

146.    Pursuant to the terms of the Manish Patel Benzer FL 7 LLC Guaranty and the Supply Agreement, McKesson is entitled to be reimbursed by Defendant Manish Patel for such fees for their services.

147.    All conditions precedent to relief demanded herein have been performed, waived or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendant Manish Patel in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

## Count VI
### (Breach of Guaranty –Hema Patel)

148.    This is an action for breach of a guaranty, the damages for which exceed $75,000.00, exclusive of interest, costs and attorneys' fees.

149.    The allegations set forth in paragraphs 1 through 83 are realleged as if fully set forth in this Count.

150.    On or about December 8, 2015, Hema Patel executed an Individual Guaranty that constituted an unconditional, continuing guaranty of Defendant Benzer FL 7 LLC's obligation to McKesson (the "Hema Patel Benzer FL 7 LLC Guaranty").  A true and correct copy of the Hema Patel Benzer FL 7 LLC is annexed hereto as **Exhibit G**.

151.    Pursuant to the terms of the Hema Patel Benzer FL 7 LLC Guaranty, Hema Patel unconditionally guaranteed timely payment and performance of Defendant Benzer FL 7 LLC's obligations to McKesson.

152.    Hema Patel has not revoked the Hema Patel Benzer FL 7 LLC Guaranty.

153.    Pursuant to paragraph 21 of the Supply Agreement, each of the Supply Agreement Defendants, which include Defendant Benzer FL 7 LLC, are jointly and severally liable for the purchases of one another.

154.    The Supply Agreement Defendants breached the Supply Agreement by failing to pay amounts when due which constituted a default under the terms of the Supply Agreement.

155.    As a result of the Supply Agreement Defendants' default, and in particular, Benzer FL 7 LLC's default, as of July 1, 2020, the Supply Agreement Defendants, which include Benzer FL 7 LLC owe McKesson, jointly and severally, $7,028,229.44, together with interest, late charges, attorneys' fees and other costs and expenses that continue to accrue.

156.    Due to the default by the Supply Agreement Defendants, which include Benzer FL 7 LLC, McKesson demanded payment from Hema Patel of such amounts by letter dated February 11, 2020.   A true and correct copy of the demand letter is annexed hereto as **Exhibit D**.

157.    Although demand has been made, Hema Patel has failed and refused to pay the amounts due to McKesson pursuant to the Hema Patel Benzer FL 7 LLC Guaranty, as a guarantor of Defendant Benzer FL 7 LLC's obligation.

158.    Because of Defendant Benzer FL 7 LLC's default on their obligations arising from the Supply Agreement, it has become necessary for McKesson to collect the balance due arising from Hema Patel through its attorneys, and McKesson has agreed to pay them reasonable fees and costs for their services herein.

159.    Pursuant to the terms of the Hema Patel Benzer FL 7 LLC Guaranty and the Supply Agreement, McKesson is entitled to be reimbursed by Defendant Hema Patel for such fees for their services.

160.    All conditions precedent to relief demanded herein have been performed or have occurred.

WHEREFORE, McKesson Corporation demands judgment against Defendant Hema Patel in the sum of $7,028,229.44, plus interest, late charges, and the costs of collection, including court fees, service of process fees and reasonable attorneys' fees and costs.

*/s/ Kathleen S. McLeroy*
Kathleen S. McLeroy
Florida Bar No. 856819
kmcleroy@carltonfields.com
CARLTON FIELDS, P.A.
Post Office Box 3239
Tampa, Florida 33601-3239
Telephone:    813.223.7000
Facsimile:    813.229.4133
*Attorneys for Plaintiff*